AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*January 28, 2021*
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Taisier BRIGGS | ) Case No. | **4:21mj0201** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 21 and December 14, 2020__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C § 922(g)(1): | Possession of a firearm and ammunition by a prohibited person (a felon) -- 2 counts |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

ATF Special Agent Natasha Smith
*Printed name and title*

Sworn to before me via telephone.

Date: 01/28/2021

_____
Judge's signature

City and state: Houston, Texas

United States Magistrate Judge Frances H. Stacy
*Printed name and title*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

### AFFIDAVIT IN SUPPORT OF
### CRIMINAL COMPLAINT

I, NATASHA H. SMITH, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being first duly sworn, hereby depose and state as follows:

#### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and I have been so employed since January 2016. I have a Bachelor's Degree in Criminology from the North Carolina State University, and a Graduate Certificate in Homeland Security from the Pennsylvania State University. I am a graduate of the Federal Law Enforcement Training Center, Criminal Investigator Training Program at Glynco, Georgia. I also graduated from the Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Basic Training Course at Glynco, Georgia. I also graduated from the Wake Tech Basic Law Enforcement Training (BLET) Police Academy in North Carolina.

2. As an ATF Special Agent, I have personally conducted multiple complex criminal investigations on a variety of Federal and state criminal statutes; some specifically involving the unlawful possession of firearms by prohibited persons, burglaries and armed robberies of Federal Firearms Licensees (FFL), individuals dealing in firearms without a license, the illegal smuggling of firearms from the US into the country of Mexico, and the possession and distribution of narcotics. During these investigations, I have participated in various types of investigative

techniques, including electronic surveillance, the utilization of undercover agents and informants, and controlled purchases of firearms from suspects. I have participated in physical surveillance operations and have participated in the execution of state and federal arrest warrants and search warrants.

3. As a result of my training and experience, I have gained knowledge in the utility of undercover agents, confidential informants, physical surveillance, electronic surveillance, Title III wiretaps, consensual recording, investigative interviews, search warrants of social media accounts, mail covers, garbage searches, GPS tracking devices, pole-mounted cameras, the service of Grand Jury subpoenas, courtroom testimony, and the execution of Federal and State search and arrest warrants.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. For the reasons stated below, I submit that there is probable cause to believe that Taisier BRIGGS (DOB: 07/13/2001) violated the following federal laws:

　　a. Possession of a firearm by prohibited person (a felon), in violation of Title 18 U.S.C. § 922(g)(1) on April 21, 2020.

　　b. Possession of ammunition by a prohibited person (a felon), in violation of Title 18 U.S.C. § 922(g)(1) on December 14, 2020.

## PROBABLE CAUSE

6.  The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) is investigating the armed robbery of Federal Firearms Licensee (FFL) Bayou Pawn (FFL #5-76-201-02-3L-06847), which occurred in the Houston Division or the Southern District of Texas on December 9, 2020. The investigation concerns violations of Title 18 U.S.C. § 1951, 924(c), 922(u) and 924(m). SAs and Officers reviewed surveillance footage and conducted additional investigation depicted in the following sequence of events.

7.  On December 9, 2020, at approximately 7:16 pm, four (4) male suspects forcefully entered and robbed Bayou Pawn, located at 5920 Scott St., Houston, TX 77021, holding the employees at gunpoint as they stole approximately seventy-eight (78) firearms, approximately $20,910.57 in U.S. currency, and approximately $37,005.50 worth of jewelry. A fifth (5th) suspect remained inside a black Chevrolet Equinox as the getaway driver.

8.  Surveillance video from Bayou Pawn depicts the following:

    a.  At approximately 6:50 pm, suspect 1 entered the store and posed as a customer. At this time, there was a black Chevrolet Equinox parked in the parking lot of the business. At approximately 7:00 pm, the store closed and the front door was locked to prevent any additional customers from entering the store; around the same time, the Chevrolet Equinox re-located within the parking lot and parked closer to the business entry.

    b.  At approximately 7:16 pm, Bayou Pawn manager Carlos Juarez went to unlock the front door of the business to let suspect 1 out of the store. As the door opened, suspect 1 turned around and forced entry back into the store,

>   along with three (3) additional suspects. The four black males are described as 17 to 25 years of age with slim/athletic builds.
>
>   c. The four (4) suspects were all brandishing firearms during the robbery, holding employees at gunpoint and demanding firearms and cash. The suspects went to the back firearm safe, where they cleared shelves of firearms into a bag. The suspects utilized various bags to load firearms and jewelry into, including an olive drab green large duffle bag and a red Supreme backpack. Suspect 2 broke several of the glass display cases on the sales floor and possibly cut himself. Suspect 2 can also be seen taking off the glove on his right hand around this time.
>
>   d. At approximately 7:21 pm, the suspects exited the business and fled the scene in a black Chevrolet Equinox in an unknown direction.

9. On December 13, 2020, ATF SA Taylor and SA Park met with a source of information (hereinafter referred to as SOI) regarding the armed robbery of the Bayou Pawn located at 5920 Scott St., Houston, TX 77021. The SOI stated they are familiar with at least two (2) of the four (4) suspects that committed the robbery. The SOI identified the two individuals as DeMonte (later identified as Taisier BRIGGS, DOB: 07/13/2001) and DeFrancis (later identified as Darius FRANCIS, DOB: 4/3/1994). The SOI also knows BRIGGS by the street name "little dog." BRIGGS is described as a short stocky black male and FRANCIS is described as a short slim black male. The SOI stated that after the robbery occurred BRIGGS and FRANCIS showed up at a local hang out with large amounts of firearms and cash. The SOI provided the SAs with the below images from BRIGGS' Instagram account @530.ladawgk.



10.     The SOI stated that they observed BRIGGS wearing the same clothes on his person after the robbery—the SOI advised they knew this because they had seen a video broadcast of surveillance video through local media of the robbery.

11. The SOI stated that they communicate with BRIGGS in person and through the Instagram account @530.ladawgk.

12. On December 14, 2020, BRIGGS posted numerous videos and photographs of firearms on his Instagram account, @530.ladawgk.





13.     On December 14, 2020, ATF SA McCullar, acting in an undercover capacity, sent a direct message to BRIGGS via his Instagram account @530.ladawgk. SA McCullar engaged BRIGGS in conversation about selling a "Mac" style pistol, which BRIGGS posted on his Instagram account. BRIGGS agreed to sell the pistol to SA McCullar and the two agreed to meet that afternoon.

14.     BRIGGS was subsequently identified by surveillance units as being in a silver sedan along with other unidentified males. A marked Houston Police Department (HPD) unit attempted to conduct a traffic stop on the vehicle after it ran a stop sign and turned without using a turn signal. The vehicle led Officers on a short chase, at which time all four (4) occupants of the vehicle jumped out and attempted to evade on foot. Three (3) of the four (4) suspects were apprehended shortly thereafter, while BRIGGS was able to get away.

15. The suspects were interviewed, at which time they identified a hotel located at 13255 Fondren Rd. where they had been staying, and provided consent to search several of the hotel rooms. Inside room #142, Officers located BRIGGS who initially provided a fictitious name.

16. BRIGGS was arrested for evading police and other open warrants. BRIGGS was transported to the ATF Houston Field Division Office, where he was interviewed. Officers read BRIGGS his Miranda Rights, which he stated he understood. BRIGGS advised he had been a passenger in the vehicle earlier when Officers attempted to stop it but said he got away. BRIGGS stated he was trying to sell a firearm via social media when the Officers arrived and attempted to stop the vehicle.

17. Due to the driver and occupants of the vehicle being arrested, the vehicle was inventoried by HPD Officers prior to it being towed. During the inventory, Officers recovered four firearms from the vehicle, including a Masterpiece Arms pistol, 9mm caliber, SN: F23649 (believed to be the firearm BRIGGS was attempting to sell) and a SAR Arms pistol SN: T1102-16AC03382 (stolen from Bayou Pawn during the December 9, 2020 robbery).

18. On December 21, 2020, SA Smith conducted a query of BRIGGS' criminal history in the National Crime Information Center (NCIC). BRIGGS' criminal history revealed numerous juvenile arrests and convictions for various assaults (including multiple assaults on public servants), robbery, criminal mischief, unauthorized use of a vehicle, arson and evading arrest. BRIGGS has an adult felony conviction (May 14, 2019) in Lee County, TX, for burglary of a building for which he was sentenced to twelve (12) months custody (charge tracking number: 9133).

19. BRIGGS also has additional outstanding charges in Harris County, TX, for burglary of a vehicle and being a felon in possession of a firearm. These charges stem from events which transpired on April 21, 2020. HPD report #524073-20 documents the following facts from the case:

   a. On April 21, 2020, HPD Officers responded to reports of burglaries of motor vehicles (BMV) actively occurring in the parking garage of 16505 Tiffany Ct., Houston, TX 77058.

   b. In the parking garage there was a stolen silver Nissan Murano that the suspects were driving, to the east of that vehicle there were two trucks that were broken into. Surveillance video from the parking garage depicted the suspects in the Nissan Murano breaking into these two vehicles by breaking the windows.

   c. Officer Canales observed three (3) suspects flee the location; two (2) were subsequently detained. Officer Canales confirmed that defendant BRIGGS was the one that broke into one of the vehicles based on his clothing. BRIGGS exited the vehicle through the driver's side back passenger door. BRIGGS' cell phone was found on the back driver's side passenger seat of the vehicle, where he was sitting.

   d. Inside the Nissan Murano, a Kel-Tec model P3AT .380 caliber pistol, SN: HRP14, was recovered from the front passenger side floorboard, where it appeared as if they tried to conceal the gun behind the AC vents in the vehicle. A Glock model 22C .40 caliber pistol, SN: DXE322, was concealed underneath the driver's seat.

   e. The Glock pistol was within BRIGGS' immediate wingspan within the vehicle.

    f.    When gathering information from the suspects, BRIGGS gave false information about his name (Joshua Wilson) but was subsequently correctly identified.

20.    The aforementioned Masterpiece Arms and Glock pistols were both manufactured outside the State of Texas and therefore had travelled in interstate commerce.

21.    Due to the facts outlined above and to the best my knowledge and belief, all statements made in this affidavit are true and correct. Based on these facts, I believe probable cause exists for the issuance of an arrest warrant for Taisier BRIGGS for violations of Title 18 U.S.C § 922(g)(1).

*[signature]*
Natasha Smith
Special Agent, ATF

The foregoing affidavit was sworn to telephonically on this 28th day of January, 2021

*[signature]*
Honorable Frances H. Stacy
United States Magistrate Judge